IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GABRIELA C. BELCIU and
GIULIANO BELCIU,

        Plaintiffs,

v.

LEGACY HEALTH,

        Defendant.

No. 3:23-cv-01632-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on May 22, 2024, in which she recommends that the Court grant Defendant's Motion to Dismiss and dismiss Plaintiff Giuliano Belciu's claim with prejudice and dismiss Plaintiff Gabriela Belciu's claim with leave to amend. F&R, ECF 17. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [17]. Accordingly, Defendant's Motion to Dismiss [8] is granted. Plaintiff Giulanio Belciu's claim is dismissed with prejudice. Plaintiff Gabriela Belciu's claim is dismissed with leave to amend. Any amended complaint is due within 30 days of this Order.

IT IS SO ORDERED.

DATED: _____July 3, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER